JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DRAIMAN,** <br>         **Plaintiff,** <br>     v. <br> **NANCY A. BERRYHILL**, Acting <br> **Commissioner of Social Security,** <br>         **Defendant.** | NO. CV 17-747-KS <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: February 13, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE